IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) *(Electronically Filed)* |
| COMMONWEALTH OF PENNSYLVANIA; | ) |
| and AL SCHMIDT, in his official capacity as | ) |
| Secretary of State of the Commonwealth of | ) |
| Pennsylvania, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID D. VANDENBERG

David D. Vandenberg, undersigned counsel for Plaintiff United States of America, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff United States of America, pursuant to L.Cv.R. 83.2, L.Cv.R. 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Declaration of David D. Vandenberg in Support of Motion for Admission *Pro Hac Vice*, which it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Date: September 25, 2025

/s/ *David D. Vandenberg*
DAVID D. VANDENBERG
Trial Attorney
Department of Justice
Civil Rights Division
Voting Section
150 M Street, NE
Washington, DC 20002
Tel. (202) 307-2767
David.Vandenberg@usdoj.gov
TX Bar No. 24107948
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | *(Electronically Filed)* |
| COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of State of the Commonwealth of Pennsylvania, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID D. VANDENBERG

Having considered the Motion for Admission *Pro Hac Vice* of David D. Vandenberg, it is hereby ordered that the Motion is **GRANTED**. Mr. Vandenberg is admitted and may appear before this Court in the above-referenced matter on behalf of Plaintiff United States of America.

Dated: _____          _____
                                 United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | *(Electronically Filed)* |
| COMMONWEALTH OF PENNSYLVANIA; ) | |
| and AL SCHMIDT, in his official capacity as ) | |
| Secretary of State of the Commonwealth of ) | |
| Pennsylvania, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DAVID D. VANDENBERG IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, David D. Vandenberg, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff United States of America pursuant to L.Cv.R. 83.2, and 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, David D. Vandenberg, do hereby declare as follows:

1. I am a Trial Attorney for the United States Department of Justice in the Civil Rights Division's Voting Section

2. My business address is 150 M Street, NE, Washington, DC 20002.

3. I am a member in good standing of the bar of the Texas. My bar number is 24107948. I have also been admitted to other district courts.

4. A certificate of good standing from the State Bar of Texas is attached to this Declaration as Exhibit 1.

5. I have no previous disciplinary proceedings against me.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date: September 25, 2025

*/s/ David D. Vandenberg*
DAVID D. VANDENBERG
Trial Attorney
Department of Justice
Civil Rights Division
Voting Section
150 M Street, NE
Washington, DC 20002
Tel. (202) 307-2767
David.Vandenberg@usdoj.gov
TX Bar No. 24107948
*Counsel for Plaintiff*

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 24, 2025

Re: David Duane Vandenberg, State Bar Number 24107948

To Whom It May Concern:

This is to certify that David Duane Vandenberg was licensed to practice law in Texas on May 04, 2018, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253