AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-01481

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    AL SCHMIDT, Pennsylvania Secretary of State,

was received by me on *(date)*    9/30/25    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Gregory Dark, Esq.    , who is

designated by law to accept service of process on behalf of *(name of organization)*   Associate Counsel

Pennsylvania Department of State on *(date)* 9/30/25   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   9/30/25

_____
Server's signature

Jesse White
Printed name and title

1831 Vista Dr Mechanicsburg PA
Server's address    17055

Additional information regarding attempted service, etc: