IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                 Civil Case No. 2:25-cv-01481-CB

COMMONWEALTH OF PENNSYLVANIA;
and AL SCHMIDT, in his official capacity
as the Secretary of State for the Commonwealth
of Pennsylvania,

    Defendants.

**PROPOSED ORDER FOR MOTION FOR A STAY OF *UNITED STATES v. PENNSYLVANIA* IN LIGHT OF LAPSE OF APPROPRIATIONS**

This motion is before the Court on the United States' request to stay all deadlines in this case for the length of the current lapse in congressional appropriations and until funding is restored.

IT IS HEREBY ORDERED that the United States' motion is GRANTED. All deadlines in this case shall be stayed for the length of the current lapse in congressional appropriations, until funding is restored. This order applies to any and all events and deadlines in the effected civil litigation (whether established by order, rule, or agreement), including, but not limited to any scheduled proceedings, hearings, and/or discovery, and pleading dates. This order does not pertain to trial dates, which shall be reset, if necessary, by separate order. Furthermore, the parties are warned that this order does not effect rights to, nor deadlines concerning appeal from any decision of this Court.

IT IS FURTHER ORDERED that the Department of Justice shall notify the Court when appropriations are restored, and this stay will be lifted upon the filing of that notice.

SO ORDERED, this _____ day of _____, 2025.

_____
Cathy Bissoon
United States District Judge

Dated:  October 1, 2025                                  Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

_____
MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

MAUREEN S. RIORDAN
TIMOTHY F. MELLETT
BRITTANY E. BENNETT
DAVID D. VANDENBERG
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Voting Section
150 M Street, NE, 4CON
Washington, D.C.  20002
Michael.Gates2@usdoj.gov
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
Brittany.Bennett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                                   */s/ David D. Vandenberg*
                                                                   David D. Vandenberg