IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>    *Defendants*. | Case No. 2:25-CV-01481<br><br>Hon. Cathy Bissoon |

**NOTICE OF MOTION
OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE PENNSYLVANIA STATE CONFERENCE, AND STACEY TAYLOR'S MOTION TO INTERVENE AS DEFENDANTS**

Proposed Intervenors the National Association for the Advancement of Colored People ("NAACP"), the NAACP Pennsylvania State Conference ("State Conference"), and Stacey Taylor (together, "Proposed Intervenors") hereby move, through undersigned counsel, to intervene as defendants in this matter to defend their and their members' significant interests, which are otherwise not adequately represented and stand to be impaired by this litigation.

For the reasons discussed in the supporting memorandum filed alongside this Motion, and the Declarations attached thereto, Proposed Intervenors are entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Proposed Intervenors request permissive intervention pursuant to Rule 24(b). Pursuant to Rule 24(c), a Proposed Answer is also attached to this Motion.[1]

---

[1] Proposed Intervenors respectfully request leave to file a Rule 12(b) motion within the time period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

**WHEREFORE**, the Proposed Intervenors respectfully request that the Court grant their intervention in the above-captioned matter.

Dated: October 7, 2025

Respectfully submitted,

By: __/s/         David Smith__
David Smith, Pa. Id. No. 21480
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
dsmith@dilworthlaw.com

Edward G. Caspar, D.C. Bar No. 1644168*
Leah Frazier, D.C. Bar No. 492540*
Robert N. Weiner, D.C. Bar No. 298133*
Gillian Cassell-Stiga, D.C. Bar No. 90032319*
Ryan Snow, D.C. Bar No. 1619340*
Grace Thomas, D.C. Bar No. 90018667*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org

**Pro hac vice* application forthcoming*

*Attorneys for Proposed Intervenors*