IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>    *Defendants*, | Case No. 2:25-CV-01481 |

## DECLARATION OF STACEY TAYLOR

Pursuant to 28 U.S.C. § 1746, I, Stacey Taylor, hereby declare as follows:

    1.    I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

    2.    I am a U.S. citizen, over eighteen years of age and am otherwise competent to testify.

    3.    I am a registered voter in Berks County. I have been a Pennsylvania voter for 23 years, since 2002. I intend to vote in the upcoming November 4, 2025, election and the 2026 federal elections, including the May Primary Election and November General Election. I have voted in state and federal elections as a Pennsylvania voter between 2022 and 2024.

    4.    I am the President of the National Association for the Advancement of Colored People Pennsylvania State Conference ("State Conference"). I have held this position since July of 2023. As President, I am responsible for overseeing all of the State Conference's branches, college chapters, and youth councils with the Commonwealth of Pennsylvania. My work includes supporting and assisting in the development of each branch's programs. Previously I served as the President for the Reading Branch for even years prior to this role.

    5.    The State Conference is a nonpartisan organization operating in the Commonwealth of Pennsylvania and is affiliated with the National Association for the Advancement of Colored People ("NAACP") operating across the United States. The State Conference has been in existence

1

for 91 years and has over 6,700 members in 107 adult, youth, college, and prison units across the state. Many of these members participated in Pennsylvania state and federal elections in 2022 and 2024, and plan to participate in future elections. As a constituent and subordinate unit of the Association, the State Conference works diligently to carry out the mission of the NAACP which is to "achieve equity, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color." Early objectives of the State Conference included providing support to the National Office in its efforts to end injustices and bigotry throughout the nation, as well as securing voting rights for all citizens and putting an end to mob violence and lynching.

6. Among other organizational missions, the State Conference is dedicated to ensuring that all eligible Pennsylvania citizens are given a full and equal opportunity to exercise their fundamental right to vote. In furtherance of these purposes, State Conference engages in broad nonpartisan civic engagement and voter registration efforts, seeking to build confidence in the integrity of the election system and mobilize members and their communities to vote in each election. The State Conference works generally in the areas of voter registration, voter education, get out the vote, and grassroots mobilization around voting rights. Our efforts include voter protection, ensuring that voters are not disenfranchised by violations of law, threats of violences, or partisan gamesmanship. We have been involved in voting rights litigation in the Commonwealth and have sought to prevent efforts to suppress or disenfranchise African American voters.

7. The State Conference works particularly hard to ensure that members and their communities have accurate information about elections and their rights, feel and are safe registering and participating in an election, and have trust in the process of our elections to make their voices heard. Because we provide accurate and reliable information, and understand our members concerns and interests, we are able to maintain and mobilize election engagement and truth in the political process. Our organization is successful at encouraging participation in the political process by individuals who would otherwise avoid it. These are interests central to our mission.

8. Recently, the Department of Justice has sought to obtain complete, unredacted voter registration data of all voters in Pennsylvania. It is seeking this information without offering any evidence of civil neglect or criminal mischief.  Instead, baseless claims of widespread noncitizen voting and fraud have been weaponized to undermine the integrity of our state election system. Additionally, the federal government has engaged in efforts to consolidate data across federal and state sources for use in not only purging registered voters from the rolls, but to support civil and criminal investigations.  This effort has been undertaken despite the unreliability of the underlying data, the questionable method of merging these differing systems and differently defined categories of information, and without consent of the individuals from whom the sensitive personal

information was obtained. Further, there is evidence that the effort is being conducted in clear violation of state and federal law.

9. I only learned of this nonpublic effort to obtain the private sensitive personal information of voting members due to a lawsuit filed by the Department of Justice on September 25, 2025, after their nonpublic efforts to coerce disclosure were resisted. Until the Department of Justice sued on September 25, 2025, I was not aware that the Commonwealth had shared any voter information, including my voter information, with the federal government.

10. I now understand that the Commonwealth of Pennsylvania may have provided some of this sensitive personal information of members to the Department of Justice, but it is still unclear exactly what was shared. No individuals were notified in advance that their information would be disclosed in this manner. No prior consent was obtained from the voters in question.

11. As a Pennsylvania voter, I understand that my information, including sensitive, personal information, is included in the state's registered voter database and my information may have been shared or may be shared with the Department of Justice. I was not notified in advance by the Secretary of State that information may be shared or will be shared with the Department of Justice or other entities. I have not provided consent to the Secretary of State to share my information, including sensitive personal information, with the Department of Justice or other entities.

12. As a Black voter and civil rights leader, I worry about and fear how my voting history and any personal information I provided in the voter registration process to my local election officials and the Pennsylvania Secretary of State will be shared with and used by the federal government.

13. The State Conference's members include eligible voters of color who are at risk of not being able to vote due to inaccurate records and information stored by federal agencies that may be used to invalidate their voter registration. Members include traditionally marginalized communities, like first-generation voters and voters with criminal histories. Members also include individuals who may have recently changed addresses or have multiple addresses while legally maintaining their registered voter residence, and individuals with jobs that require long hours, young children and a lack of childcare support, and other burdens and obligations that prevent them from conducting an exhaustive survey of, and verifying the accuracy of, all federally held sources of information and records associated with their name. Such a project would be especially difficult for our members to complete at all, let alone in the limited period prior to the upcoming election.

14. The mere threat of disclosure of sensitive personal information, let alone the greater context of misuse and abuse, serves to chill participation of our members and discourage engagement in upcoming elections.

15. This November's election will determine three State Supreme Court seats. Thus, this election is not merely important to determining who will lead our state or local offices for the next few years, but who will define the laws of this state for the next decade.

16. The consolidation of massive amounts of sensitive personal information of members, disclosed for discrete and unrelated purposes in varied but particular contexts, is understandably alarming for members. The data maintenance and security of recent federal effort has been called into question by courts. The mere consolidation of this sensitive information creates a honey pot—a clear bullseye for bad actors who would seek to access and utilize this information to cause our members significant harm. These risks were not contemplated when the information at issue was disclosed by members, who provided consent for the storage and use of this sensitive information only for the purposes then clearly defined.

17. Further, the current administration has already weaponized personal sensitive information against individuals perceived to be political adversaries, dissidents, or non-supporters. For example, I am aware of a recent disclosure of a New Jersey gubernatorial candidate's military records. Similarly, many of our community members are aware of, and disturbed by, efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency.

18. The State Conference members and I do not trust the federal government to handle sensitive information without further sharing personal information and jeopardizing our rights and wellbeing, including the basic right to vote.

19. The disclosure and potential misuse or abuse of sensitive personal information at issue here creates a burden on the right to vote. It also poses a form of intimidation that will discourage participation in the franchise, both from registered voters who voted in elections between 2022 and 2024, registered voters intending to vote in future elections, and individuals who are eligible to vote in future elections but are not yet registered to vote. This intimidation especially targets our members who fear retribution for their political participation or do not wish to invite excessive government scrutiny. It facilitates partisan efforts to target political adversaries, spread misinformation, and sow distrust in our elections. It suggests further efforts to violate state and federal law.

20. If the DOJ obtains the sensitive information of our registered members, STATE CONFERENCE will have to change its messaging to voters of color about how information shared with the government is stored and used. It will also have to divert considerable resources from its ongoing election protection, advocacy, and get out the vote efforts to educate and assist eligible voters with ensuring that their personal information stored by various state and federal agencies is accurate and consistent—lest even a minor discrepancy result in the purge of their voter registration or worse. I anticipate that many people will either opt out of voting or opt out of registering to vote if they know that the Commonwealth shares personal data with the federal

<mark>mrkr1</mark>

<mark>mrkr2</mark>

<mark>mrkr3</mark>

<mark>mrkr4</mark>

<mark>mrkr5</mark>

<mark>mrkr6</mark>
<mark>mrkr7</mark>

government. This frustrates the work of STATE CONFERENCE to encourage exercise of basic constitutional rights and participation in the electoral process.

21. If this unprecedented consolidation of provenly unreliable data moves forward under the guise of registration roll "maintenance" immediately prior to the upcoming election, many impacted voters of color will likely be impacted. Further, our members have serious and well-grounded concerns, informed by decades of American history, about the unrestricted access and use of their personal information. Members have and will continue to experience fear and intimidation in maintaining their voter registrations and exercising their rights under the current threat of DOJ criminal enforcement arising from as little as a mere data error. These heavy-handed registration "maintenance" and enforcement tactics constitute a significant burden on members right to vote, which we strongly oppose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _6_ day of October, 2025

*Stacey Taylor, President*
*NAACP PA State Conference*

5