# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>   *Defendants*. | Case No. 2:25-CV-01481<br><br>Hon. Cathy Bissoon |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and LCvR 5.6, a copy of the foregoing Motion to Intervene is being served electronically on all counsel of record via the Court's ECF system.

Dated: October 7, 2025

By: */s/  David Smith*
David Smith, Pa. Id. No. 21480
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
dsmith@dilworthlaw.com