# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>  *Defendants*. | Case No. 2:25-CV-01481<br><br>Hon. Cathy Bissoon |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

Upon consideration of the Motion to Intervene as Defendants filed by the National Association for the Advancement of Colored People ("NAACP"), the NAACP Pennsylvania State Conference ("State Conference"), and Stacey Taylor (together, "Proposed Intervenors"), alongside the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause, and it is hereby ORDERED that the Motion is **GRANTED**.

It is further **ORDERED** that Proposed Intervenors may file a Rule 12(b) motion within the time-period prescribed by the Federal Rules of Civil Procedure or pursuant to any schedule set by this Court.

**IT IS SO ORDERED**, this ___ day of _____, 2025.

                   _____
                   Hon. Cathy Bissoon
                   U.S. District Court Judge