# EXHIBIT I

## DECLARATION OF SUZANNE ALMEIDA

I, Suzanne Almeida, hereby declare as follows:

1. I have personal knowledge of the matters in this declaration and this is what I would testify to if called as a witness in Court.

2. I am of majority age and am otherwise competent to testify.

3. I am a resident and registered voter in Philadelphia, Pennsylvania.

4. I am Common Cause's Vice President, States. I have worked for Common Cause since July 2018.

5. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia and registered to do business in Pennsylvania. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and seeks to intervene in this action in a representative capacity on behalf of its members.

6. Common Cause is a grassroots organization dedicated to empowering all people in Pennsylvania to make their voices heard in the political process. Common Cause's members live across Pennsylvania and include registered Pennsylvania voters. Through its members in Pennsylvania, Common Cause works to create open, honest, and accountable government that serves the public interest—including by protecting voting rights.

7. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the

organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission.

8. In Pennsylvania, Common Cause has three full-time staff members and approximately 24,000 members.

9. Many of Common Cause's Pennsylvania members are registered voters whose personal information is maintained in the statewide voter registration database held by the Pennsylvania Department of State ("DOS"). If DOS discloses the unredacted voter registration file to DOJ, these members' sensitive personal information—including voter signatures, driver's license numbers, and portions of social security numbers—would be unlawfully released, causing an invasion of privacy, chilling participation in the electoral process, and undermining confidence in the integrity of Pennsylvania's elections.

10. Common Cause represents the interests of its members in this litigation. Common Cause moves to intervene on behalf of its Pennsylvania members, who would have standing to sue individually because they face direct and imminent injury if their personal data is disclosed. Litigating this matter on behalf of its members is germane to Common Cause's mission of protecting

voting rights and election integrity, and the relief requested—dismissal or denial of the claims of the United States—does not require participation of individual members.

11. Common Cause's voting-related work in Pennsylvania includes educating our members and the general public about voter registration; voting by mail and absentee ballots; and voting in person by ordinary and provisional ballots. We have consistently worked to assure voters that Pennsylvania's voter registration system is safe and secure.

12. Common Cause is also a leader of a nonpartisan election protection effort at every major election to protect, advance, and defend the right to vote. As part of this work, we help to organize and administer a hotline that thousands of Pennsylvanians call during every major election cycle. Topics of calls the hotline handles include questions about voter registration and problems with voting by mail. We connect callers with volunteers who help to resolve problems in order to ensure that all voters have an equal opportunity to vote and have that vote count. We will continue this work during next month's general election in Pennsylvania and during the primary and general elections in Pennsylvania in 2026 and beyond.

13. If the federal government succeeds through this lawsuit in obtaining sensitive, private information about Pennsylvania voters, Common Cause will have to redirect staff time and other resources to educating member and the general public about new threats they may face, including baseless challenges

to their eligibility to vote by mail or in person, potential purging of their names from voter rolls, and identity theft risks resulting from improper dissemination of their personal data. We will struggle to balance the need to inform people of these genuine threats while not scaring them away from registering to vote and casting ballots.

14. Common Cause has many members in Pennsylvania who faces risks if the United States obtains the confidential information it seeks through this litigation. Our members have reported concerns to our staff in Pennsylvania about risks including federal usurpation of election administration, manipulation of elections, and disenfranchisement of mail voters.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 9th day of October, 2025, in Philadelphia County, Pennsylvania

*Suzanne Almeida*

_____

Suzanne Almeida