IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>Defendants. | Case No. 2:25-cv-1481<br>(Hon. Cathy Bissoon) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance as additional counsel on behalf of Proposed Intervenors, Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, and Common Cause, in the above captioned matter.

Dated: October 17, 2025

Respectfully Submitted,

/s/ Kate Steiker-Ginzberg
Kate I. Steiker-Ginzberg
PA No. 332236
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
ksteiker-ginzberg@aclupa.org