**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **ELECTRONICALLY FILED** |
| **Plaintiffs,** | : | **CIVIL NO. 2:25-cv-1481** |
| | : | |
| **v.** | : | **HONORABLE CATHY** |
| | : | **BISSOON** |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA; and AL SCHMIDT,** | : | |
| **in his official capacity as Secretary of the** | : | |
| **State of Pennsylvania** | : | |
| **Defendants.** | | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter the appearance of Kathleen A. Mullen as counsel on behalf of Defendant Al Schmidt, Secretary of the Commonwealth.

Respectfully submitted,

Date: November 5, 2025

*/s/ Kathleen A. Mullen*
Kathleen A. Mullen (Pa. 84604)
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899
Email: kamullen@pa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

*/s/ Kathleen A. Mullen*
Kathleen A. Mullen