AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 2:25-cv-1481 |
| Commonwealth of Pennsylvania, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Secretary of the Commonwealth Al Schmidt                                                      .

Date:    11/19/2025

/s/ Michael J. Fischer
*Attorney's signature*

Michael J. Fischer, PA 322311
*Printed name and bar number*

Governor's Office of General Counsel
33 North Third St., Suite 200
Harrisburg, PA 17101

*Address*

mjfischer@pa.gov
*E-mail address*

(717) 831-2847
*Telephone number*

*FAX number*