**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania<br><br>*Defendants*. | ) | Case No. 2:25-cv-01481-CB |

**MOTION TO INTERVENE AS PLAINTIFF OF AMERICA FIRST POLICY INSTITUTE – PENNSYLVANIA**

Under Federal Rule of Civil Procedure 24(a)(2) and, alternatively, under Federal Rule of Civil Procedure 24(b), proposed intervenor plaintiff, American First Policy Institute – Pennsylvania, respectfully moves for an order granting its motion to intervene as a plaintiff. In support of its motion, plaintiff relies upon the accompanying brief and Declaration of Mary Stiffler. A proposed form of order and complaint are filed herewith.

Respectfully submitted,

Dated: November 19, 2025

*/s/Walter S. Zimolong*
WALTER S. ZIMOLONG, III, ESQUIRE
ZIMOLONG LLC
wally@zimolonglaw.com
P. O. Box 552
Villanova, PA 19085
(215) 665-0842

Nicholas J. Wanic, Esq.
America First Policy Institute,
Center for Litigation
1455 Pennsylvania Ave., NW
Washington, D.C. 20004
nwanic@americafirstpolicy.com
(703) 637-3690

*(application for admission pro hac vice forthcoming)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:25-cv-01481-CB |

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Western District of Pennsylvania.

Date: November 19, 2025

*/s/ Walter S. Zimolong*

WALTER S. ZIMOLONG, III, ESQUIRE
ZIMOLONG LLC
wally@zimolonglaw.com
P. O. Box 552
Villanova, PA 19085
(215) 665-0842