UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-01481-CB |

**JOINT STATUS REPORT AND MOTION TO MODIFY BRIEFING SCHEDULES**

　　Plaintiff United States of America and Defendants Commonwealth of Pennsylvania and Al Schmidt, herewith, submit this Joint Status Report and Motion to Modify Briefing Schedules in this matter.

　　On October 7, 2025, this case was stayed because of a lapse in appropriations to the United States Department of Justice (ECF No. 24).  On November 17, 2025, the Court lifted the stay and reopened the case.  (ECF No. 56).

　　On November 18, 2025, following the restoration of appropriations, the parties—together with counsel for proposed intervenors—conferred regarding pending and anticipated motions.  The parties discussed the advantages of a consolidated briefing schedule for the current parties and any prospective intervenors who may be granted intervenor status.  The parties, therefore, agreed that briefing on the motions to intervene should be expedited to give the Court an opportunity to rule on those motions (ECF Nos. 11, 17, 36, 59) before dispositive motions or responses to the motion

for order to show cause must be filed. To that end, the Parties jointly request that the Court enter the following briefing schedule:

- The United States shall file its opposition by December 1, 2025, to (1) the Motion to Intervene of Pennsylvania Alliance for Retired Americans (ECF No. 11), (2) the Motion to Intervene of the National Association for the Advancement of Colored People (ECF No. 17), and (3) the Motion to Intervene of Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, Common Cause (ECF No. 36). The Motion to Intervene of the America First Policy Institute (ECF No. 59) was not included in this agreement due to its nascent arrival moments before parties' conference.
- Defendants will file motions to dismiss by December 16, 2025.
- The United States shall respond to Defendants' motions to dismiss by January 12, 2026.
- Defendants and any approved intervenors shall file their reply memoranda in further support of any motions to dismiss by January 19, 2026.

DATED: November 20, 2025                Respectfully submitted,

                                                HARMEET K. DHILLON
                                                Assistant Attorney General
                                                Civil Rights Division

                                                /s/ *David D. Vandenberg*
                                                MAUREEN S. RIORDAN
                                                (NY Bar No. 205880)
                                                Senior Counsel, Voting Section
                                                Civil Rights Division
                                                TIMOTHY F. MELLETT
                                                (DC Bar No. 430968)
                                                DAVID D. VANDENBERG
                                                (TX Bar No. 24107948)
                                                Attorneys, Voting Section
                                                Civil Rights Division
                                                950 Pennsylvania Avenue 4CON
                                                Washington, DC 20530
                                                Maureen.Riordan2@usdoj.gov
                                                Timothy.F.Mellett@usdoj.gov
                                                David.Vandenberg@usdoj.gov
                                                Tel. (202) 514-3847
                                                *Attorneys for the United States*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 20, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                */s/ David D. Vandenberg*
                                                David D. Vandenberg