UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

            Plaintiff,

            v.

COMMONWEALTH OF PENNSYLVANIA; and AL
SCHMIDT, in his official capacity as Secretary of the
Commonwealth of Pennsylvania,

            Defendants.

No. 2:25-cv-1481
Judge Cathy Bissoon

**[PROPOSED] ORDER**

AND NOW, this __ day of _____, 20__, it is **ORDERED** that:

The United States shall file its opposition by December 1, 2025, to (1) the Motion to Intervene of Pennsylvania Alliance for Retired Americans (ECF No. 11), (2) the Motion to Intervene of the National Association for the Advancement of Colored People (ECF No. 17), and (3) the Motion to Intervene of Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, Common Cause (ECF No. 36).

Defendants shall file motions to dismiss by December 16, 2025.

The United States shall respond to Defendants' motions to dismiss by January 12, 2026.

Defendants and any approved intervenors shall file their reply memoranda in further support of any motions to dismiss by January 20, 2026.

IT IS SO ORDERED

_____
Cathy Bissoon
United States District Judge