UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA and
AL SCHMIDT, in his official capacity as
Secretary of the State of Pennsylvania,

    Defendants.

---

No. 1:25-CV-01481 (CB)

## MOTION FOR ADMISSION PRO HAC VICE FOR JOHNL. O'KELLY, ESQ.

John L. O'Kelly, Esq., undersigned counsel for proposed Amicus Curiae RealAmerica.Vote, herby moves that John L. O'Kelly, Esq. be admitted to appear and practice in this Court in the above-captioned matter as counsel for proposed Amicus Curiae RealAmerica.Vote pursuant to LCvR 83.2 and LCvR 83,3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2002 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of John L. O'Kelly, Esq. filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: Nassau County, New York
        November 24, 2025

                                              _____
                                              John L. O'Kelly, Esq, (Bar ID:2009132)
                                                        339 Richard Avenue
                                                      Hicksville, N.Y. 12801-1248
                                                      (516) 450-1720- phone
                                                       (516) 681-1437- fax
                                                       okellyj56@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

THE UNITED STATES OF AMERICA,    No. 1:25-CV-01481 (CB)

    Plaintiff,

    v.

COMMONWEALTH OF PENNSYLVANIA and
AL SCHMIDT, in his official capacity as
Secretary of the State of Pennsylvania,

    Defendants.

---

## AFFIDAVIT OF JOHN L. O'KELLY, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE FOR JOHN L. O'KELLY, ESQ.

I, John L. O'Kelly, Esq., make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for proposed Amicus Curiae RealAmerica.Vote pursuant to LCvR 83.2 and LCvR 83,3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2002 (Misc. No. 06-151).

I, John L. O'Kelly, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer with the law firm John L. O'Kelly, Esq.

2. My business address is 339 Richard Avenue, Hicksville, New York 11801-1248.

3. I am a member in good standing of the bar of the State of New York and the Eastern District of New York.

4. My bar identification number is 2009132.

5. Current certificates of good standing from New York State and from the Eastern District of New York are attached to this Affidavit as Ex. 1.

6. There are no disciplinary proceedings against me that resulted in a non-confidential negative finding or sanction to be listed.

7. I attest I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest I have read and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing. I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are false, I am subject to punishment.

Dated: Nassau County, New York
      November 24, 2025

-------------------------------------------------
John L. O'Kelly, Esq., (Bar ID:2009132)
339 Richard Avenue
Hicksville, N.Y. 12801-1248
(516) 450-1720- phone
(516) 681-1437- fax
okellyj56@gmail.com

**EX. 1**



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## John L. O'Kelly

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 31, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 7, 2025.

Clerk of the Court

CertID-00254135

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____Brenna B. Mahoney_____, Clerk of this Court,

certify that _____John L. O'Kelly_____, Bar # _____JO7147_____,

was duly admitted to practice in this Court on ____08/30/1988____, and is in good standing as a member

of the Bar of this Court.

Dated at __Central Islip__ on __10/07/2025__
  (Location)                                    (Date)

Brenna B. Mahoney
CLERK OF COURT

*Laura Jakubowski*
Laura Jakubowski, DEPUTY CLERK

