### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>    Defendants. | Case No. 2:25-cv-01481-CB |

### AMENDED JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE

Plaintiff United States of America, Defendant Commonwealth of Pennsylvania, and Defendant Secretary of the Commonwealth Al Schmidt submit this Joint Motion for Proposed Briefing Schedule in this matter.

On October 7, 2025, this case was stayed because of a lapse in appropriations to the United States Department of Justice (ECF No. 24). On November 17, 2025, the Court lifted the stay and reopened the case. (ECF No. 56).

On November 19, 2025, following the restoration of appropriations, the parties—together with counsel for proposed intervenors Pennsylvania Alliance for Retired Americans (ECF No. 11); National Association for the Advancement of Colored People (ECF No. 17); and Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, Common Cause (ECF No. 36)—conferred regarding pending and anticipated motions. Counsel for proposed intervenor America First Policy Institute (ECF No. 59) was not included due to its nascent arrival moments before the parties' conference.

The parties discussed the advantages of a consolidated briefing schedule for the current parties and any prospective intervenors who may be granted intervenor status. The parties agreed that briefing on the motions to intervene should be expedited to give the Court an opportunity to rule on those motions (ECF Nos. 11, 17, 36). To that end, the parties jointly request that the Court enter the following briefing schedule:

- The United States shall file its opposition by December 1, 2025, to (1) the Motion to Intervene of Pennsylvania Alliance for Retired Americans (ECF No. 11), (2) the Motion to Intervene of the National Association for the Advancement of Colored People (ECF No. 17), and (3) the Motion to Intervene of Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, Common Cause (ECF No. 36).

- Defendants will file motions to dismiss by December 16, 2025.

- The United States shall respond to Defendants' motions to dismiss by January 12, 2026.

- Defendants and any approved intervenors shall file their reply memoranda in further support of any motions to dismiss by January 20, 2026.

DATED: November 25, 2025               Respectfully submitted,

                                       HARMEET K. DHILLON
                                       Assistant Attorney General
                                       Civil Rights Division


                                       /s/ *David D. Vandenberg*
                                       MAUREEN S. RIORDAN
                                       (NY Bar No. 205880)
                                       Senior Counsel, Voting Section
                                       Civil Rights Division
                                       TIMOTHY F. MELLETT
                                       (DC Bar No. 430968)

DAVID D. VANDENBERG
(TX Bar No. 24107948)
Attorneys, Voting Section
Civil Rights Division
950 Pennsylvania Avenue 4CON
Washington, DC 20530
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 514-3847
*Attorneys for the United States*


JENNIFER SELBER (PA 80644)
General Counsel

*/s/ Michael J. Fischer*
MICHAEL J. FISCHER (PA 322311)
Executive Deputy General Counsel
AIMEE D. THOMSON (PA 326328)
Deputy General Counsel
Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

CAROLYN DELAURENTIS (PA 307018)
Chief Counsel
KATHLEEN A. MULLEN (PA 84604)
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Bldg.
401 North Street
Harrisburg, PA 17120-0500
*Counsel for Secretary of the Commonwealth Al Schmidt*

>/s/ Meghan A. Flowers
>MEGHAN A. FLOWERS (PA 326721)
>Pennsylvania Office of Attorney General
>1251 Waterfront Place
>Mezzanine Level
>Pittsburgh, PA 15222
>412-627-7889
>Email: mflowers@attorneygeneral.gov
>*Counsel for the Commonwealth of Pennsylvania*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

>/s/ David D. Vandenberg
>David D. Vandenberg