UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>　　　　Defendants. | No. 2:25-cv-1481<br>Judge Cathy Bissoon |

**[PROPOSED] ORDER**

　　Upon consideration of America First Policy Institute – Pennsylvania's Motion to Intervene as Plaintiff, Proposed Intervenor does not meet the requirements for intervention of right under Federal Rule of Civil Procedure 24(a) or permissive intervention under Federal Rule of Civil Procedure 24(b).

　　Accordingly, it is hereby ORDERED that the Motion is **DENIED**.

**IT IS SO ORDERED**, this ___ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge