IN UNITED STATES DISTRICT COURT
FOR THE WESTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS AND MIKE CROSSEY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO INTERVENE**

Proposed Intervenors Pennsylvania Alliance for Retired Americans and Mike Crossey respectfully seek leave of the Court to file a reply brief in support of their Motion to Intervene, ECF No. 11. Proposed Intervenors' proposed reply brief is attached as Exhibit 1.

"Leave to file a reply brief may be granted when the brief will be helpful in resolving the issues presented in the case." *Am. Guarantee & Liab. Ins. Co. v. Chrin Bros., Inc.*, No. 07-CV-5364, 2009 WL 10738357, at *1 (E.D. Pa. May 26, 2009). Proposed Intervenors' reply—which is only five pages and is timely, consistent with Judge Bissoon's practices and procedures for Rule 12 or 56 motions—will be helpful in resolving the issues presented because it "does not reiterate the arguments made in [their] initial brief, but responds to assertions made by Plaintiff in [its] brief in opposition." *Vedro v. Del Monte Foods*, No. 2:04-1730, 2006 WL 1520657, at *1–2 (W.D. Pa. May 26, 2006) (granting motion for leave to file reply).

Granting the relief requested in this motion will cause no prejudice to any party: it will affect no pending deadlines, and no party would be required to take any action in response to the filing of the proposed reply brief. Further, because denial of the motion to intervene would be

1

dispositive as to Proposed Intervenors' participation in this case, there is good cause to grant leave for Proposed Intervenors to file a reply, as the court hearing parallel litigation brought by DOJ for Michigan's voter list recognized in granting the Michigan chapter of the Alliance for Retired Americans leave to file its reply brief in support of intervention. *See* Order, *United States v. Benson*, No. 1:25-cv-01148-HYJ-PJG (W.D. Mich. Nov. 25, 2025), ECF No. 33.

Counsel for Proposed Intervenors conferred with counsel for Plaintiff and counsel for the State Defendants about their positions on this motion. Counsel for Plaintiff indicated that they oppose the motion. Counsel for Secretary Schmidt and the Commonwealth do not oppose.

December 4, 2025

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Proposed Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey*

2