IN UNITED STATES DISTRICT COURT
FOR THE WESTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO INTERVENE**

Upon consideration of the Motion for Leave to File Reply in Support of Motion to Intervene filed by the Pennsylvania Alliance for Retired Americans and Mike Crossey, the Court finds good cause supports the Motion, and it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to docket the Reply filed as Exhibit 1 to Intervenors' motion.

IT IS SO **ORDERED**, this ___ day of _____, 2025.

 

_____
Hon. Cathy Bissoon
U.S. District Court Judge