**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| *v.* | Case No. 25-cv-1481 |
| | (Hon. Cathy Bissoon) |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA, | |
| *Defendants*. | |

**NOTICE REGARDING PLAINTIFF'S CHANGE IN POSITION**

Proposed Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey respectfully provide the Court notice that on December 12, 2025, counsel for Plaintiff the United States informed counsel for Proposed Intervenors that Plaintiff no longer takes a position on Proposed Intervenors' motion to intervene in this case, which remains pending, *see* ECF No. 11. Accordingly, no party opposes Proposed Intervenors' pending intervention motion, and Proposed Intervenors therefore respectfully ask that the motion be granted.

Dated: December 12, 2025

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law

jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Proposed Intervenors
the Pennsylvania Alliance for Retired
Americans and Mike Crossey*