# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. COMMONWEALTH OF PENNSYLVANIA, *et al.*, *Defendants*. | Civil Action No. 2:25-CV-01481 Hon. Cathy Bissoon |

## NOTICE REGARDING CHANGE IN POSITION

Proposed Intervenors the National Association for the Advancement of Colored People ("NAACP"), NAACP Pennsylvania State Conference, and Stacey Taylor respectfully provide the Court notice that on December 12, 2025, counsel for Plaintiff the United States informed counsel for Proposed Intervenors that Plaintiff no longer takes a position on Proposed Intervenors' motion to intervene in this case, which remains pending, see ECF No. 17. Accordingly, no party opposes Proposed Intervenors' pending intervention motion, and Proposed Intervenors therefore respectfully ask that the motion be granted.

**IT IS SO ORDERED**, this ___ day of _____, 2025.

 

                                                                                                          _____
                                                                                                          Hon. Cathy Bissoon
                                                                                                          U.S. District Court Judge