**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>  v. <br><br> COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania, <br><br>     Defendants. | Case No. 2:25-cv-1481 <br> (Hon. Cathy Bissoon) |

**NOTICE REGARDING PLAINTIFF'S CHANGE IN POSITION**

Proposed Intervenors Nicholas Maston, et al. ("Maston Intervenors") respectfully provide the Court with notice that on December 15, 2025, counsel for Plaintiff the United States confirmed to counsel via email that Plaintiff no longer takes a position on the Proposed Intervenor-Defendants' motion to intervene in this case, including the Maston Intervenors' pending motion, *see* **ECF No. 36.** Plaintiff's email confirmation, which is attached as **Exhibit A,** follows on Plaintiff's oral representation to that effect on December 12, 2025.

Accordingly, no party opposes the Proposed Maston Intervenors' pending intervention motion, and the Maston Intervenors therefore respectfully request that the motion be granted.

Dated: December 15, 2025                                Respectfully submitted,

                                   By: *Ari Savitzky*
                                   Ari J. Savitzky*
                                   AMERICAN CIVIL LIBERTIES UNION
                                   FOUNDATION

125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
Counsel for Proposed Maston Intervenors

*Admitted pro hac vice*