

Kate Steiker-Ginzberg <ksteiker-ginzberg@aclupa.org>

## Activity in Case 2:25-cv-01481-CB UNITED STATES OF AMERICA v. COMMONWEALTH OF PENNSYLVANIA et al Notice

**Vandenberg, David (CRT)** <David.Vandenberg@usdoj.gov>                                        Mon, Dec 15, 2025 at 10:37 AM
To: Ari Savitzky <asavitzky@aclu.org>
Cc: Ben Geffen <bgeffen@pubintlaw.org>, Kate Steiker-Ginzberg <ksteiker-ginzberg@aclupa.org>, Gillian Cassell-Stiga <gcassell-stiga@lawyerscommittee.org>

**This email comes from outside the organization.**
Do not click links or open attachments unless it is an email you expected to receive.

Good Morning Ari,

You are correct.

The United States now takes no position on interventions.

Best regards,

David

**David D. Vandenberg**

Trial Attorney

Civil Rights Division

U.S. Department of Justice

[950 Pennsylvania Ave., NW](#) 4CON

Washington, D.C.  20530

Tel. (202) 307-2767

[David.Vandenberg@usdoj.gov](#)



12/15/25, 10:50 AM American Civil Liberties Foundation of PA Mail - Activity in Case 2:25-cv-01481-CB UNITED STATES OF AMERICA v. COMMON…

Case 2:25-cv-01481-CB    Document 87-1    Filed 12/15/25    Page 2 of 4



**Kate Steiker-Ginzberg <ksteiker-ginzberg@aclupa.org>**

## Activity in Case 2:25-cv-01481-CB UNITED STATES OF AMERICA v. COMMONWEALTH OF PENNSYLVANIA et al Notice

**Ari Savitzky** <asavitzky@aclu.org>                    Sat, Dec 13, 2025 at 8:55 AM
To: "Vandenberg, David (CRT)" <david.vandenberg@usdoj.gov>
Cc: Ben Geffen <bgeffen@pubintlaw.org>, Kate Steiker-Ginzberg <ksteiker-ginzberg@aclupa.org>, Gillian Cassell-Stiga <gcassell-stiga@lawyerscommittee.org>

**This email comes from outside the organization.**
Do not click links or open attachments unless it is an email you expected to receive.

Mr. Vandenberg:

I'm writing on behalf of the Maston Intervenors and have included counsel for the NAACP Intervenors. Thanks for the meet and confer yesterday afternoon in the above-captioned case.

Based on your statements on the call that the US now takes no position on intervention, the Maston Intervenors intend to file a notice similar to the one filed yesterday evening by the PARA Intervenors (at Dkt. 85). Before doing so, we wanted to write to confirm that, as stated, the US now takes no position on the pending motions to intervene as defendants.

Please do let us know.

Thanks,


**Ari Savitzky**
Senior Staff Attorney, Voting Rights Project
American Civil Liberties Union
125 Broad St., New York, NY 10004
212.549.2681 | 401.529.3982 (cell) | asavitzky@aclu.org
*Pronouns: he, him, his*
aclu.org 



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** ecf_intake_pawd@pawd.uscourts.gov <ecf_intake_pawd@pawd.uscourts.gov>
**Sent:** Friday, December 12, 2025 3:24 PM
**To:** pawd_ecf@pawd.uscourts.gov
**Subject:** Activity in Case 2:25-cv-01481-CB UNITED STATES OF AMERICA v. COMMONWEALTH OF PENNSYLVANIA et al Notice

Case 2:25-cv-01481-CB    Document 87-1    Filed 12/15/25    Page 3 of 4

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Western District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by Nkwonta, Uzoma on 12/12/2025 at 3:24 PM EST and filed on 12/12/2025

| | |
|---|---|
| **Case Name:** | UNITED STATES OF AMERICA v. COMMONWEALTH OF PENNSYLVANIA et al |
| **Case Number:** | 2:25-cv-01481-CB |
| **Filer:** | Mike Crossey<br>Pennsylvania Alliance for Retired Americans |
| **Document Number:** | 85 |

**Docket Text:**
NOTICE *Regarding Plaintiff's Change in Position* by Mike Crossey, Pennsylvania Alliance for Retired Americans re [11] Motion to Intervene, (Nkwonta, Uzoma)

### 2:25-cv-01481-CB Notice has been electronically mailed to:

Ari J. Savitzky     ari.savitzky@gmail.com, asavitzky@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org

Branden D Lewiston     blewiston@elias.law

David Smith     dsmith@dilworthlaw.com, 4910239420@filings.docketbird.com

David A Rodkey     drodkey@dilworthlaw.com

David D. Vandenberg     david.vandenberg@usdoj.gov

Edward G. Caspar     ecaspar@lawyerscommittee.org

Elisabeth C. Frost     efrost@elias.law

Gillian Cassell-Stiga     gcassell-stiga@lawyerscommittee.org

Grace Thomas     gthomas@lawyerscommittee.org

Jacob D Shelly     jshelly@elias.law, jacob-shelly-1794@ecf.pacerpro.com

John L O'Kelly     okellyj56@gmail.com

Kate Steiker-Ginzberg     ksteiker-ginzberg@aclupa.org

Kathleen A. Mullen     kamullen@pa.gov, rachedavis@pa.gov

Leah Frazier     lfrazier@lawyerscommittee.org

Meghan A. Flowers     mflowers@attorneygeneral.gov, ARCWest-Court-WesternDistrict@attorneygeneral.gov

Michael Fischer     mjfischer@pa.gov

Sophia Lin Lakin     slakin@aclu.org, ascott@aclu.org, druiz@aclu.org, mgaryantes@aclu.org, mlarondeking@aclu.org, sophia-lin-lakin-6443@ecf.pacerpro.com

Theresa J. Lee     tlee@aclu.org

Timothy James Ford     tford@dilworthlaw.com

Tori Shaw     tshaw@elias.law

Uzoma Nkem Nkwonta     unkwonta@elias.law, cgutrich@elias.law, mdepass@elias.law, mshostek@elias.law, uzoma-nkwonta-0352@ecf.pacerpro.com

Walter S. Zimolong , III     wally@zimolonglaw.com, admin@zimolonglaw.com

Witold J. Walczak     vwalczak@aclupa.org, legaladmin@aclupa.org

**2:25-cv-01481-CB Filer must deliver notice by other means to:**

[Quoted text hidden]