IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA,<br><br>*Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS AND MIKE CROSSEY'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PROPOSED MOTION TO DISMISS**

The Pennsylvania Alliance for Retired Americans and Mike Crossey move for leave to file their Proposed Notice of Motion to Dismiss and Proposed Memorandum in Support, attached hereto as **Exhibits 1 and 2**. In support of their Motion, Proposed Intervenors state as follows:

1. The United States filed this lawsuit on September 25, 2025, seeking, among other things, an extraordinary order from this Court compelling Pennsylvania to provide its full and "unredacted" statewide voter registration list. *See* ECF No. 1.

2. Proposed Intervenors moved to intervene on September 29, 2025. *See* ECF No. 11. Proposed Intervenors seek to prevent impairments of their nearly 335,000 members' fundamental voting and privacy rights, as well as their own mission-critical voting programs. *Id*.

3. In their Motion to Intervene, Proposed Intervenors indicated that they would request leave to move to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b) in the event they are granted intervention.

4. Defendant Commonwealth of Pennsylvania moved to dismiss Plaintiff's action on November 25, 2025. *See* ECF No. 67.

5. While the Court has not set a deadline for motions to dismiss, Proposed Intervenors seek leave through this motion to lodge their Proposed Motion to Dismiss on the docket, to aid the Court's expeditious resolution of this matter in accordance with the parties' jointly-filed Proposed Scheduling Order, which proposes a December 16, 2025 deadline for motions to dismiss. *See* ECF No. 66.

6. Because the Court has not yet ruled on their Motion to Intervene, and to preserve their rights and avoid delay, Proposed Intervenors file this motion for leave to file their Proposed Notice of Motion to Dismiss and Proposed Memorandum in Support.

7. Counsel for Proposed Intervenors conferred with counsel for Plaintiff, the Secretary of the Commonwealth of Pennsylvania, and the Commonwealth of Pennsylvania on this Motion for Leave. Counsel for Plaintiff stated that they took no position on the Motion for Leave but opposed the Proposed Motion to Dismiss. Counsel for the Secretary of Pennsylvania and the Commonwealth of Pennsylvania stated that they do not oppose the Motion for Leave.

8. The foregoing establishes good cause to grant this Motion, which Proposed Intervenors respectfully submit will aid the Court in the expeditious resolution of this case.

Dated: December 16, 2025

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490

unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Proposed Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey*