IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COMMONWEALTH OF PENNSYLVANIA;
and AL SCHMIDT, in his official capacity
as the Secretary of State for the Commonwealth
of Pennsylvania,

    Defendants.

Civil Case No. 2:25-cv-01481-CB

**PLAINTIFF UNITED STATES' NOTICE OF NO OPPOSITION
TO DEFENDANT COMMONWEALTH OF PENNSYLVANIA'S
MOTION TO DISMISS**

The United States of America, hereby, notices the Court of its lack of opposition to Defendant Commonwealth of Pennsylvania's Motion to Dismiss.

Upon review of Federal and Pennsylvania law, the United States does not oppose Defendant Commonwealth of Pennsylvania's motion to dismiss.

Dated: December 16, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*David D. Vandenberg*
ERIC V. NEFF
TIMOTHY F. MELLETT
DAVID D. VANDENBERG
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Voting Section
150 M Street, NE, 4CON
Washington, D.C. 20002
Maureen.Riordan2@usdoj.gov
Timothy.F.Mellett@usdoj.gov

David.Vandenberg@usdoj.gov  
Tel. (202) 307-2767  
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                         */s/ David D. Vandenberg*  
                                         David D. Vandenberg