IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-01481-CB |
| COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania | ) |
| Defendants. | ) |

### NOTICE REGARDING PLAINTIFF'S CHANGE IN POSITION

Proposed intervenor-plaintiff, America First Policy Institute – Pennsylvania ("AFPI"), provides notice to the Court that plaintiff, United States of America, as with the motions of the proposed intervenor defendants, no longer opposes AFPI's motion to intervene. Accordingly, no party opposes AFPI's motion to intervene.

Dated: December 17, 2025

Respectfully submitted,

*/s/Walter S. Zimolong*
WALTER S. ZIMOLONG, III, ESQUIRE
ZIMOLONG LLC
wally@zimolonglaw.com
P. O. Box 552
Villanova, PA 19085
(215) 665-0842

Nicholas J. Wanic, Esq.
America First Policy Institute,
Center for Litigation
1455 Pennsylvania Ave., NW

                Washington, D.C. 20004
                nwanic@americafirstpolicy.com
                (703) 637-3690

                *(application for pro hoc admission forthcoming)*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) <br>COMMONWEALTH OF )<br>PENNSYLVANIA; and AL SCHMIDT, in )<br>his official capacity as Secretary of the )<br>State of Pennsylvania )<br>)<br>Defendants. ) | Case No. 2:25-cv-01481-CB |

CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Western District of Pennsylvania.

Date: December 17, 2025              /s/ Walter S. Zimolong