UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania, <br><br> Defendants. | No. 2:25-cv-1481 <br> Chief Judge Cathy Bissoon |

**SECRETARY OF THE COMMONWEALTH AL SCHMIDT'S
NOTICE OF CONTINUED OPPOSITION TO INTERVENTION BY AFPI**

Proposed intervenor-plaintiff, America First Policy Institute – Pennsylvania ("AFPI"), filed a notice on December 17, 2025, which stated that the United States no longer opposed intervention, and "[a]ccordingly, no party opposes AFPI's motion to intervene." Notice (ECF No. 93).

Defendant Al Schmidt, in his official capacity as Secretary of the Commonwealth of Pennsylvania, provides this notice to correct the record and affirm that he continues to oppose intervention by AFPI for the reasons articulated in his opposition brief (ECF No. 74).

Counsel for Secretary Schmidt notified counsel for AFPI of the inaccuracy this morning and requested a correction by 12 p.m. Counsel for AFPI has not responded as of this filing.

December 17, 2025

Respectfully submitted,

Carolyn A. DeLaurentis (PA 307018)
Chief Counsel
Kathleen A. Mullen (PA 84604)
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Bldg.
401 North Street
Harrisburg, PA 17120-0500

Jennifer Selber (PA 80644)
General Counsel

/s/ Michael J. Fischer
Michael J. Fischer (PA 322311)
Executive Deputy General Counsel
Aimee D. Thomson (PA 326328)
Deputy General Counsel

Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

*Counsel for Secretary of the Commonwealth Al Schmidt*