IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>　　Defendants. | Case No. 2:25-cv-1481<br>(Hon. Cathy Bissoon) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

　　Kindly enter my appearance as additional counsel in the above-captioned matter on behalf of Proposed Intervenors Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, and Common Cause.

Dated: January 5, 2026　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin D. Geffen*
　　　　　　　　　　　　　　　　　　　　　　Benjamin D. Geffen (PA No. 310134)
　　　　　　　　　　　　　　　　　　　　　　PUBLIC INTEREST LAW CENTER
　　　　　　　　　　　　　　　　　　　　　　1500 JFK Blvd., Suite 802
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　267-546-1308
　　　　　　　　　　　　　　　　　　　　　　bgeffen@pubintlaw.org