# EXHIBIT 3

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:25−cv−13816−LTS

| | |
|---|---|
| United States of America v. Galvin | Date Filed: 12/11/2025 |
| Assigned to: District Judge Leo T. Sorokin | Jury Demand: None |
| Cause: 42:1981 Civil Rights | Nature of Suit: 441 Civil Rights: Voting |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**    represented by    **David D. Vandenberg**
DOJ−Crt
150 M Street, NE
Washington, DC 20002
202−307−2767
Email: david.vandenberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**William Francis Galvin**
*in his official capacity as Secretary of the Commonwealth of Massachusetts*

**Intervenor Defendant**

**Common Cause**    represented by    **Suzanne Schlossberg**
ACLU of Massachusetts
One Center Plaza
Ste 850
Boston, MA 02108
617−482−3170
Email: sschlossberg@aclum.org
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Jane Doe Inc.**    represented by    **Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Juan Pablo Jaramillo**    represented by    **Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**New England State Area Conference of the National Association for the Advancement of Colored People**    represented by    **David Robert Fox**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202−968−4546
Email: dfox@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tori Shaw**
Elias Law Group LLP
Litigation

250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202−987−4663
Email: tshaw@elias.law
ATTORNEY TO BE NOTICED

**Intervenor**

| | | | |
|---|---|---|---|
| **Massachusetts Alliance for Retired Americans** | | represented by | **David Robert Fox** (See above for address) ATTORNEY TO BE NOTICED |
| | | | **Tori Shaw** (See above for address) ATTORNEY TO BE NOTICED |

| Date Entered | # | Docket Text |
|---|---|---|
| 01/06/2026 | 30 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered. <br><br> Pending before the Court are two timely motions to intervene as defendants, either as of right under Rule 24(a) or with permission under Rule 24(b). Doc. Nos. 9, 13. Proposed intervenors are four organizations with Massachusetts−voter members&mdash;the New England State Area Conference of the NAACP (Doc. No. 10−1), the Massachusetts Alliance for Retired Americans (Doc. No. 10−2), Common Cause (Doc. No. 15−1), and Jane Doe Inc. (Doc. No. 15−2)&mdash;as well as an individual Massachusetts voter, Juan Pablo Jaramillo (Doc. No. 15−3). The existing parties (plaintiff United States and defendant Secretary Galvin) do not oppose the motions to intervene. Doc. No. 9 at 2; Doc. No. 13 at 2. The motions to intervene (Doc. Nos. 9, 13) are therefore ALLOWED as unopposed. <br><br> Proof of service on defendant Galvin does not yet appear on the docket, and he has not yet responded to the complaint or motion to compel. The Court previously ordered that Galvin&rsquo;s deadline for responding to the United States&rsquo; motion to compel is &ldquo;21 days after the later of (1) the date of service or (2) the filing on the docket of [the motion to compel].&rdquo; Doc. No. 8. The intervenor−defendants have indicated their intent to move to dismiss, Doc. No. 9 at 1 n.1; Doc. No. 13−2, and to respond to the motion to compel, Doc. No. 13 at 2. (Some intervenors did not reference the motion to compel but, of course, they may respond as they are now defendants in this case.) <br><br> The Court intends to adopt a unified briefing schedule. By January 9, 2026, the parties shall file a joint status report that proposes a briefing schedule for (a) the defendants&rsquo; responses to the complaint (including any Rule 12 motions), (b) the defendants&rsquo; responses to the motion to compel, and (c) the United States&rsquo; responses/replies thereto. Any pending responsive pleading deadlines, including those specified in Doc. No. 8, are stayed pending the Court&rsquo;s adoption of a briefing schedule. To the extent the United States has not yet served defendant Galvin, the report shall discuss when that might occur, and counsel shall confer with the Office of the Attorney General for the Commonwealth of Massachusetts, as anticipated counsel for Galvin, to discern its position on the matters for the status report. <br><br> (FGD) (Entered: 01/06/2026) |