IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>    Defendants. | Case No. 2:25-cv-1481<br>(Hon. Cathy Bissoon) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Proposed Intervenors, Nicholas Maston, et al. ("Maston Proposed Intervenors") respectfully submit this notice of supplemental authority regarding a number of recent decisions in which intervenor groups including Common Cause and/or state affiliates of the League of Women Voters as well as individual voters were granted intervention in materially identical cases in which the federal government is suing state election officials to obtain those states's unredacted voter files.

On January 6, 2026, the U.S. District Court for the District of Rhode Island granted intervention to an intervenor group including Common Cause as well as a number of individual Rhode Island voters. *See* Minute Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Jan. 6, 2026). Also on January 6, 2026, the U.S. District Court for the District of Massachusetts granted intervention to an intervenor group including Common Cause as well as an individual voter. *See* Order, *United States v. Galvin*, 1:25-CV-13816 (D. Mass Jan. 6, 2026), Dkt. No. 30. Also on January 6, 2026, the U.S. District Court for the District of Minnesota

granted intervention to an intervenor group including Common Cause and the League of Women Voters of Minnesota as well as individual voters.  *See* Order, *United States v. Simon*, No. 25-cv-3761 (D. Minn. Jan. 6, 2026), Dkt. No. 90.  In addition, on December 19, 2025, the U.S. District Court for the District of New Mexico granted intervention to an intervenor group including Common Cause as well as individual voters.  *See* Minute Order, *United States v. Oliver*, No. 25-cv-01193 (D.N.M. Dec. 19, 2025), Dkt. No. 25.  These authorities are in addition to the grant of intervention to the League of Women Voters of California by the U.S. District Court for the Central District of California in the California iteration of this action.  *See* Minute Order, *United States v. Weber*, No. 25-cv-09149, (C.D. Cal. Nov. 19, 2025), Dkt. No. 70.

The Maston Proposed Intervenors, including Common Cause and the League of Women Voters of Pennsylvania, respectfully request that their uncontested motion for intervention be granted in this case, too.

Dated:  January 6, 2026

Respectfully submitted,

By: *Ari Savitzky*
Ari J. Savitzky*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
Counsel for Proposed Maston Intervenors

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2026, I served this Notice of Supplemental Authority on all parties in this matter via the Court's ECF system.

        /s/ Ari J. Savitzky
        Ari J. Savitzky

        *Counsel for the Maston Proposed Intervenors*