AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-1481 |
| Commonwealth of Pennsylvania, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Secretary of the Commonwealth Al Schmidt                                                                                          .

Date:    01/07/2026

/s/ Aimee D. Thomson
*Attorney's signature*

Aimee D. Thomson, PA 326328
*Printed name and bar number*

30 North Third Street, Suite 200
Harrisburg, PA 17101
*Address*

aimeethomson@pa.gov
*E-mail address*

(223) 234-4986
*Telephone number*

*FAX number*