# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>　　　　　Defendants. | No. No. 2:25-cv-1481<br>Chief Judge Cathy Bissoon |

# [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Proposed *Amici Curiae* Bipartisan Former State Secretaries of State's Unopposed Motion to File Amicus Brief in support of Secretary of the Commonwealth's Motion to Dismiss, it is hereby **ORDERED** that said Motion is **GRANTED**.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE CATHY BISSOON**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge