UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>Defendants. | No. 2:25-cv-1481<br>Chief Judge Cathy Bissoon |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF OF TEN PAGES**

Defendant Al Schmidt, in his official capacity as Secretary of the Commonwealth of Pennsylvania, respectfully moves to file a reply brief of no more than ten pages in support of his motion to dismiss, stating as follows:

1. This matter concerns an effort by the U.S. Department of Justice to obtain driver's license numbers or partial Social Security numbers ("DLN" and "SSN4") for Pennsylvania's more than 8.9 million voters. When Secretary Schmidt refused to voluntarily produce this highly sensitive personal information, DOJ filed this action under the National Voter Registration Act (NVRA), the Help America Vote Act (HAVA), and Title III of the Civil Rights Act of 1960, seeking declaratory relief and an order compelling the Secretary to provide the requested data.

2. On December 16, 2025, Secretary Schmidt filed a motion to dismiss the complaint on the grounds that DOJ has failed to state a claim under any legal authority and this Court lacks jurisdiction to hear DOJ's Title III claim.

3. On January 12, 2026, DOJ filed its brief in opposition. That brief addresses a wide variety of issues, including whether the Federal Rules of Civil Procedure govern this matter at all;

whether Secretary Schmidt can challenge DOJ's stated basis and purpose for seeking the records; whether this Court has subject matter jurisdiction over DOJ's Title III claim; and whether federal privacy protections limit DOJ's access to certain confidential information about Pennsylvania voters.

4. In accordance with this Court's Practices and Procedures, Secretary Schmidt intends to file a reply brief on or before January 20, 2026.

5. In order to address fully DOJ's arguments and to aid the Court, Secretary Schmidt requests permission to file a reply brief of no more than ten (10) pages.

6. Counsel for Secretary Schmidt conferred with counsel for DOJ, who does not oppose this Motion.

January 13, 2026

Carolyn A. DeLaurentis (PA 307018)
Chief Counsel
Kathleen A. Mullen (PA 84604)
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Bldg.
401 North Street
Harrisburg, PA 17120-0500

Respectfully submitted,

Jennifer Selber (PA 80644)
General Counsel

*/s/ Michael J. Fischer*
Michael J. Fischer (PA 322311)
Executive Deputy General Counsel
Aimee D. Thomson (PA 326328)
Deputy General Counsel
Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov

*Counsel for Secretary of the Commonwealth Al Schmidt*