UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>Defendants. | No. 2:25-cv-1481<br>Chief Judge Cathy Bissoon |

**[PROPOSED] ORDER**

**AND NOW**, this ____ day of _____, 2026, upon consideration of the Unopposed Motion for Leave To File a Reply Brief of Ten Pages filed by Defendant Secretary of the Commonwealth Al Schmidt, and any responses filed thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Secretary Schmidt shall be permitted to file a reply brief in support of his motion to dismiss of no more than ten pages no later than January 20, 2026.

_____
Cathy Bissoon
Chief United States District Judge