**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    *Plaintiff*,<br><br>   *v.*<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA,<br><br>                    *Defendants.* | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**[PROPOSED] NOTICE OF PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS AND MIKE CROSSEY'S MOTION TO DISMISS**

Proposed Intervenor-Defendants the Pennsylvania Alliance for Retired Americans and Mike Crossey move to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6). For the reasons discussed in the supporting memorandum filed alongside this Notice, Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**WHEREFORE**, Proposed Intervenors request that the Court dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: December 16, 2025

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490

unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Proposed Intervenors
the Pennsylvania Alliance for Retired
Americans and Mike Crossey*