IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, and the COMMONWEALTH OF PENNSYLVANIA,<br><br>*Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the Motion to Dismiss filed by the Pennsylvania Alliance for Retired Americans and Mike Crossey, alongside the materials filed in support thereof, as well as any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED**.

**IT IS SO ORDERED**, this \_\_\_\_ day of _____, 2025.

_____
Hon. Cathy Bissoon
U.S. District Court Judge