IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 2:25-CV-01481<br>Hon. Cathy Bissoon |

## [PROPOSED] NOTICE OF MOTION

The National Association for the Advancement of Colored People ("NAACP"), NAACP Pennsylvania State Conference, and Stacey Taylor (together, "Proposed Intervenors") hereby move for the Complaint to be dismissed under Rule 12(b)(6) for failure to state a claim upon which relief can be granted and Rule 12(b)(1) for lack of jurisdiction, and in for the reasons presented in the accompanying memorandum.

**WHEREFORE**, the Proposed Intervenors request that the foregoing Motion to Dismiss be granted, and that the Complaint is dismissed without leave to amend.

Dated: December 16, 2025

Respectfully submitted,

By: */s/* Gillian Cassell-Stiga
Leah Frazier, D.C. Bar No. 492540*
Edward G. Caspar, D.C. Bar No. 1644168*
Robert N. Weiner, D.C. Bar No. 298133**
Gillian Cassell-Stiga, D.C. Bar No. 90032319*
Ryan Snow, D.C. Bar No. 1619340**
Grace Thomas, D.C. Bar No. 90018667*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org

1

ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org

David Smith, Pa. Id. No. 21480
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
dsmith@dilworthlaw.com

*Admitted *pro hac vice*
***Pro hac vice* motions forthcoming

*Counsel for Proposed Intervenors NAACP, State Conference, and Stacey Taylor*

2