IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 2:25-CV-01481<br><br>Hon. Cathy Bissoon |

### [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss filed by the National Association for the Advancement of Colored People ("NAACP"), NAACP Pennsylvania State Conference, and Stacey Taylor (together, "Proposed Intervenors"), and the accompanying memorandum of law, the Court finds good cause, and it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's Complaint, ECF No. 1, is hereby dismissed, without leave to amend.

**IT IS SO ORDERED**, this ___ day of _____, _____.

_____
Hon. Cathy Bissoon
Chief Judge