UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth for the Commonwealth of Pennsylvania,<br><br>Defendant. | Case No. 2:25-cv-1481<br><br><br><br>NOTICE OF APPEARANCE OF MEGAN FREDERICK |

## NOTICE OF APPEARANCE

Please take notice that Megan Frederick shall appear as counsel of record on behalf of Plaintiff United States of America in the above-captioned matter. All pleadings, orders, notices, and other documents in this matter should be directed to the undersigned attorney.

Dated: January 28, 2026

                                            Respectfully submitted,

                                            /s/ *Megan Frederick*
                                            MEGAN FREDERICK
                                            VA Bar No. 79682
                                            Civil Rights Division, Voting Section
                                            950 Pennsylvania Avenue 4CON
                                            Washington, D.C. 20530
                                            Megan.Frederick@usdoj.gov
                                            Tel. (202) 304-2927
                                            Attorney for the United States