UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth for the Commonwealth of Pennsylvania,<br><br>Defendant. | Case No. 2:25-cv-1481<br><br>Judge Cathy Bissoon |

## **CERTIFICATE OF SERVICE**

I, Megan Frederick, attorney for the United States of America, hereby certify that on January 28, 2026, I caused to be served a true and correct copy of the foregoing document titled Notice of Appearance via the Court's CM/ECF filing system upon all counsel of record.

Respectfully submitted,

/s/ *Megan Frederick*
MEGAN FREDERICK