UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth for the Commonwealth of Pennsylvania,<br><br>Defendant. | CASE NO: 2:25-cv-01481-CB<br><br><br><br>MOTION FOR ADMISSION PRO HAC VICE OF MEGAN FREDERICK |

### MOTION FOR ADMISSION PRO HAC VICE FOR MEGAN FREDERICK

Megan Frederick, undersigned counsel for Plaintiff United States of America, hereby moves to be admitted to appear and practice in this Court in the above captioned matter as counsel pro hac vice for Plaintiff United States of America, pursuant to L.Cv.R. 83.2, L.Cv.R. 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions.

In support of this Motion, undersigned counsel attaches a completed Certification for Bar Admission Form for the Western District of Pennsylvania and a Certificate of Good Standing.

Date:  January 29, 2026:

Respectfully submitted,

/s/ *Megan Frederick*
MEGAN FREDERICK
Trial Attorney
Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, 4CON
Washington, DC 20530
Tel. (202) 304-2927
Megan.Frederick@usdoj.gov
Virginia Bar No. 79682
Attorney for the United States