UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth for the Commonwealth of Pennsylvania,<br><br>Defendant. | CASE NO: 2:25-cv-01481-CB<br><br><br>**DECLARATION OF MEGAN FREDERICK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

## DECLARATION OF MEGAN FREDERICK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Megan Frederick, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff United States of America pursuant to L.Cv.R. 83.2B.

I, Megan Frederick do hereby declare as follows:

1. I am a Trial Attorney for the United States Department of Justice in the Civil Rights Division, Voting Section;

2. My address is: 950 Pennsylvania Avenue, 4CON, Washington, D.C. 20530;

3. I am a member in good standing of the Virginia State Bar in Virginia.

4. My Virginia Bar No. is 79682.

5. A certificate of good standing from the Virginia State Bar is attached to this Declaration as Exhibit 1;

6. I have no previous disciplinary proceedings against me that resulted in a negative finding or sanction against me, and have remained in good standing with the Virginia State Bar throughout my career as an attorney;

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania;

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania;

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: January 29, 2026

Respectfully submitted,

/s/ *Megan Frederick*
MEGAN FREDERICK
Trial Attorney
Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, 4CON
Washington, DC 20530
Tel. (202) 304-2927
Megan.Frederick@usdoj.gov
Virginia Bar No. 79682
Attorney for the United States