# EXHIBIT 1

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MEGAN REVIS FREDERICK** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MEGAN REVIS FREDERICK** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 22, 2010**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued September 11, 2025

DaVida M. Davis
Director of Regulatory Compliance