**CERTIFICATION FOR BAR ADMISSION FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

I, Megan Frederick, do certify as follows:

1. I am a member in good standing of the Bar of:
   - [ ] a. The Supreme Court of Pennsylvania, Bar # n/a
   - [ ] b. The United States District Court for the n/a
   - [ ] c. The Supreme Court of the United States

2. I am a member in good standing of the following state Bars/Bars of United States District Courts (also note Bar identification numbers):

   Virginia (Bar No. 79682)
   Email for #4 below: megan.frederick@usdoj.gov

3. [✓] I am affiliated with the law firm of Department of Justice, Washington DC

   or

   [ ] I am in the sole practice of law

4. My business address, telephone number and email address are:

   950 Pennsylvania Ave, 4CON, Washington DC 20530; (202) 304-2927
   950 Pennsylvania Ave, 4CON, Washington DC 20530; (202) 304-2927

5. I am a registered user of the CM/ECF electronic docketing system of this Court. [✓]

6. I have read, know and understand the Local Rules of this Court. [✓]

7. The following is a listing and description any prior disciplinary proceedings against me that resulted in a non-confidential negative finding or sanction against me (if none, so state):

   I have had no disciplinary proceedings against me that resulted in any negative findir

8. Attached is a certificate of good standing from the Bar of Virginia that is current within the prior twelve (12) months.

I DECLARE UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED BY ME ON 1/29/26.

SIGNATURE: *Megan Frederick*

**STATEMENT OF MOVING ATTORNEY**

I, Megan Frederick, A MEMBER IN GOOD STANDING OF THE BAR OF THIS COURT, DO HEREBY CERTIFY THAT I BELIEVE THE ABOVE CANDIDATE FOR ADMISSION TO THE BAR OF THIS COURT IS OF GOOD MORAL AND PROFESSIONAL CHARACTER AND, TO THE BEST OF MY KNOWLEDGE, IS ELIGIBLE FOR ADMISSION TO THE BAR OF THIS COURT.

SIGNATURE: *Megan Frederick*
DATE: 1/29/26