UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth for the Commonwealth of Pennsylvania,<br><br>Defendant. | CASE NO: 2:25-cv-01481-CB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF MEGAN FREDERICK** |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF MEGAN FREDERICK

Having considered the Motion for Admission Pro Hac Vice of Megan Frederick, it is hereby ordered that the Motion is GRANTED.  Mrs. Frederick is admitted and may appear before this Court in the above-referenced matter on behalf of Plaintiff United States of America.

Dated: _____, 2026        _____
                                                                                               UNITED STATES DISTRICT JUDGE