UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth for the Commonwealth of Pennsylvania,<br><br>Defendant. | Case No. 2:25-cv-01481-CB<br><br><br><br>[PROPOSED] ORDER TO TRANSFER VENUE |

**[PROPOSED] ORDER TO TRANSFER FROM THE FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA TO THE DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**ORDER TO TRANSFER VENUE**

Upon Motion by the United States of America and the supporting Memorandum of Law, it is hereby ORDERED:

1. The United States' Motion to Transfer Venue is GRANTED;

2. That the above-named case will be Transferred to the Federal District Court for the Middle District of Pennsylvania.

Entered this __ day of _____, 2026.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT