IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                   No. 2:25-cv-01481-CB

AL SCHMIDT, in his official capacity as the
Secretary of State of Pennsylvania,

    *Defendant.*

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

    Trial Attorney for the United States, David D. Vandenberg, moves the Court to withdraw as counsel of record in the above-styled matter. Attorney Vandenberg requests that all pleadings, orders, notices, and other documents in this matter not be directed to him.

    Attorney Vandenberg has been assigned to other matters within the Civil Rights Division of the U.S. Department of Justice; Attorney Frederick will continue to represent the United States.

    Defense attorneys for the various parties have been consulted, and no response has been made.

Dated:  January 30, 2026                                    Respectfully submitted,

                                                                 HARMEET K. DHILLON
                                                                 Assistant Attorney General
                                                                 Civil Rights Division

                                                                 ERIC NEFF
                                                                 Acting Chief, Voting Section

                                                                 */s/*_____
                                                                 MEGAN FREDERICK
                                                                DAVID D. VANDENBERG
                                                                Trial Attorneys
                                                               U.S. Department of Justice
                                                                Civil Rights Division
                                                                150 M Street, NE, 4CON

Washington, D.C.  20002
Megan.Frederick@usdoj.gov
David.Vandenberg@usdoj.gov
Tel. (202) 307-2767
*Attorneys for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                */s/ David D. Vandenberg*
                                                David D. Vandenberg