IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.          Civil Case No. 2:25-cv-01481-CB

AL SCHMIDT, in his official capacity
as the Secretary of State for Pennsylvania,

    *Defendant*.

**PROPOSED ORDER TO GRANT WITHDRAWAL OF COUNSEL
FOR THE UNITED STATES**

Unopposed motion of Trial Attorney David D. Vandenberg to withdraw from this matter is before this Court.

IT IS HEREBY ORDERED that Trial Attorney David D. Vandenberg's unopposed motion to withdraw is GRANTED.

SO ORDERED, this \_\_\_\_\_ day of _____ 2026.

_____
Cathy Bissoon
United States District Judge

**CERTIFICATE OF SERVICE**

    I, hereby, certify that on January 30, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                       */s/ David D. Vandenberg*
                                                       David D. Vandenberg

Case 2:25-cv-01481-CB   Document 123-1   Filed 01/30/26   Page 2 of 2