IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth *et al.*,<br><br>*Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

Upon consideration of the Joint Motion for Leave to File Replies in Support of Motions to Dismiss, the Court finds good cause supports the Motion, and the Motion is hereby **GRANTED**. The Clerk of Court is directed to docket the Reply briefs filed as Exhibits 1 and 2 to the Motion.

IT IS SO **ORDERED**, this ___ day of _____, 2026.

_____
Hon. Cathy Bissoon
United States District Judge