IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA; and AL SCHMIDT, in his official capacity as Secretary of the State of Pennsylvania,<br><br>Defendants. | Case No. 2:25-cv-1481<br>(Hon. Cathy Bissoon) |

## JOINDER OF THE MASTON, PARA, AND NAACP INTERVENORS IN THE RESPONSE OF THE SECRETARY OF THE COMMONWEALTH

Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, and Common Cause (collectively, the "Maston Intervenors"); Pennsylvania Alliance for Retired Americans ("PARA"), Mike Crossey (collectively, the "PARA Intervenors"); National Association for the Advancement of Colored People ("NAACP"), NAACP Pennsylvania State Conference, and Stacey Taylor (collectively, the "NAACP Intervenors") join in the response of the Secretary of the Commonwealth (Dkt. No. 131) to Plaintiff United States's motion to transfer this case to the Middle District of Pennsylvania (Dkt. No. 121). These Intervenor-Defendant groups further suggest that, in light of the belated timing of the United States' motion, and in order to minimize the waste of resources by the parties and the Court, the interests of justice support the Court's resolving the pending, fully-briefed motions to dismiss before it addresses the prospect of a transfer.

Accordingly, the Maston, PARA, and NAACP Intervenors suggest that the Court should resolve the pending motions to dismiss, order dismissal of Counts II and III, and either dismiss Count I for lack of jurisdiction or else transfer the case to the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1631.

.

Dated: February 12, 2026

Respectfully submitted,

/s/ *Ari J. Savitzky*

| | |
|---|---|
| Mary M. McKenzie (PA No. 47434)** | Ari J. Savitzky* |
| Benjamin Geffen (PA No. 310134)** | Theresa Lee* |
| Olivia Mania (PA No. 336161)** | Sophia Lin Lakin* |
| PUBLIC INTEREST LAW CENTER | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 1500 JFK Blvd., Suite 802 | 125 Broad Street, 18th Floor |
| Philadelphia, PA 19102 | New York, NY 10004 |
| (267) 546-1313 | Tel.: (212) 549-2500 |
| mmckenzie@pubintlaw.org | asavitzky@aclu.org |
| bgeffen@pubintlaw.org | tlee@aclu.org |
| omania@pubintlaw.org | slakin@aclu.org |
| | |
| ** *attorney admission pending* | Witold J. Walczak (PA No. 62976) |
| | Kate I. Steiker-Ginzberg (PA No. 332236) |
| | AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA |
| | P.O. Box 60173 |
| | Philadelphia, PA 19102 |
| | (215) 592-1513 |
| | vwalczak@aclupa.org |
| | ksteiker-ginzberg@aclupa.org |
| | |
| | * *admitted pro hac vice* |
| | |
| | *Attorneys for Maston Intervenors* |

<table>
<tr><td>

Timothy J. Ford (Pa. Id. No. 325290)
David Rodkey (Pa. Id. No. 325698)
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Tel.: (215) 575-7000
Fax: (215) 754-4603
tford@dilworthlaw.com
drodkey@dilworthlaw.com

</td><td>

/s/ Uzoma Nkwonta
Uzoma Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

\* *Admitted pro hac vice*

*Attorneys for PARA Intervenors*


/s/ Gillian Cassell-Stiga
Gillian Cassell-Stiga, D.C. Bar No. 90032319*
Leah Frazier, D.C. Bar No. 492540*
Edward G. Caspar, D.C. Bar No. 1644168*
Robert N. Weiner, D.C. Bar No. 298133**
Ryan Snow, D.C. Bar No. 1619340**
Grace Thomas, D.C. Bar No. 90018667*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
ecaspar@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
rsnow@lawyerscommittee.org
gthomas@lawyerscommittee.org

\*Admitted *pro hac vice*

\*\**Pro hac vice* motions forthcoming

*Attorneys for NAACP Intervenors*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record.

/s/ *Ari J. Savitzky*