IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his Official Capacity as Secretary of State of Pennsylvania<br><br>Defendant(s). | Case Number: 2:25-cv-01481-CB |

## NOTICE OF ENTRY OF APPEARANCE

Jonathon P. Hauenschild hereby enters his appearance on behalf of Plaintiff, United States of America, in the above captioned matter. Mr. Hauenschild is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Jonathon P. Hauenschild.

Respectfully submitted this 24th day of February 2026

/s/ Jonathon P. Hauenschild
Jonathon P. Hauenschild
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsels of record.

/s/ *Jonathon P. Hauenschild*
Jonathon P. Hauenschild
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov