# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>AL SCHMIDT in his capacity as Secretary of State of Pennsylvania,<br><br>*Defendant*. | Case No. 2:25-cv-01481-CB |

## CONSENT MOTION TO WITHDRAWAL AS COUNSEL

Please take notice that Attorney Megan Frederick moves to withdraw her appearance as counsel on behalf of Plaintiff, United States of America. The United States will continue to be represented by Attorney Jonathon P. Hauenschild and consents to this Motion.

Please take notice Attorney Frederick requests to be removed from the docket and electronic service list for this case.

Dated: February 24, 2026

                                                                                     Respectfully submitted,

                                                                                     */s/ Megan Frederick*
                                                                                MEGAN FREDERICK
                                                                                Trial Attorney
                                                                                Civil Rights Division
                                                                                4 Constitution Square
                                                                                150 M Street
                                                                                Washington, D.C. 20002
                                                                                megan.frederick@usdoj.gov
                                                                                Tel. (202) 304-2927

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsels of record.

       /s/ *Megan Federick*
MEGAN FREDERICK
Trial Attorney
Civil Rights Division
4 Constitution Square
150 M Street
Washington, D.C. 20002
megan.frederick@usdoj.gov
Tel. (202) 304-2927