IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his Official Capacity as Secretary of State of Pennsylvania<br><br>Defendant(s). | Case Number: 2:25-cv-01481-CB |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

    Attorney Megan Frederick filed her Motion to Withdraw as Counsel on February 24, 2026. The Plaintiff, United States of America, consents to the withdrawal and will continue to be represented by counsel. Therefore, the Court GRANTS her Motion and ORDERS her removal from the docket and the electronic service list.

It is SO ORDERED this _____ day of February, 2026

 

                                                  _____
                                                Hon. Cathy Bissoon, Chief District Judge