AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-1481-CB |
| COMMONWEALTH OF PENNSYLVANIA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                                          .

Date:    03/20/2026

/s/ Alexander D. Keely
*Attorney's signature*

Alexander D. Keely
*Printed name and bar number*

Civil Rights Division
Department of Justice
150 M St. N.E., 8th Floor
Washington, DC 20002
*Address*

alexander.keely@usdoj.gov
*E-mail address*

(202) 532-5088
*Telephone number*

*FAX number*