**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | Case No. 25-cv-1481 |
| *v.* | (Hon. Cathy Bissoon) |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*, | |
| *Defendants*. | |

**ALLIANCE INTERVENORS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey respectfully provide the Court notice of supplemental authority supporting Intervenors' pending Motion to Dismiss. *See* ECF No. 88. Today, in DOJ's parallel suit seeking Massachusetts' unredacted voter list, the district court dismissed DOJ's complaint on the ground that it failed to state any basis for its demand as required by Title III of the Civil Rights Act of 1960. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A). The court held Title III requires DOJ to state the "factual basis" for its demand, *id.* at 6, and rejected DOJ's argument that it could satisfy that requirement by stating the purpose of its demand or by claiming the "basis for the demand was Title III of the CRA," *id.* at 10. This decision supports Intervenors' argument that DOJ's failure to state any factual basis for its demand for Pennsylvania's voter list requires its CRA claim to be dismissed. *See* Mem. in Supp. of Prop. Mot. to Dismiss at 20, ECF No. 88-3.

1

Dated: April 9, 2026

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey*

2