**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**ALLIANCE INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey respectfully provide the Court notice of supplemental authority supporting Intervenors' pending Motion to Dismiss. *See* ECF No. 88. Yesterday, a federal district court in Arizona dismissed DOJ's parallel suit seeking Arizona's unredacted statewide voter registration list. *See generally* Amended Order, *United States v. Fontes*, No. 2:26-cv-00066-SMB (D. Ariz. Apr. 28, 2026), ECF No. 50 (attached hereto as Exhibit A). The court first determined, like every other to recently reach the issue, that DOJ's suits are governed by the Federal Rules of Civil Procedure, and thus are subject to Rule 12(b)(6) motions. *See id.* at 2; *see also* Reply in Supp. of Mot. to Dismiss 4, ECF No. 126-1. Next, the Arizona district court dismissed DOJ's single-count complaint under the Civil Rights Act of 1960 (CRA) on the basis that the State's voter registration list is not a record or paper subject to Title III of the CRA, a conclusion reinforced by the court's analysis of the NVRA and HAVA. *See* Ex. A at 7–8 (explaining that the CRA prohibits election officials from altering election records, while the NVRA and HAVA require continuous voter list maintenance); *see also* 52 U.S.C. § 21083(a)(2)(A) (requiring States to perform list maintenance "on a regular basis"). This decision provides yet another reason why DOJ's CRA claim must be dismissed as a matter

1

of law, in addition to the reasons explained in the Alliance Intervenors' motion to dismiss. *See* Mem. in Supp. of Prop. Mot. to Dismiss 20, ECF No. 88-3. Indeed, six courts have now dismissed DOJ's complaints in these matters; no court has found DOJ stated a viable claim for a state's unredacted voter list.

Dated: April 29, 2026

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted Pro Hac Vice*

*Attorneys for Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey*

2