**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br> *v.*<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*,<br><br>   *Defendants*. | Case No. 25-cv-1481<br>(Hon. Cathy Bissoon) |

**ALLIANCE INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey ("Alliance Intervenors") respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 88. A federal district court in Maryland recently dismissed DOJ's parallel suit seeking Maryland's unredacted statewide voter registration list. *See generally United States v. DeMarinis*, No. 1:25-cv-03934, 2026 WL 1780586 (D. Md. June 18, 2026). The court first determined, like every other court to recently reach the issue, that DOJ's suits demanding unredacted voter lists are governed by the Federal Rules of Civil Procedure, and thus are subject to Rule 12(b)(6) motions. *See id.* at *3; *see also* Alliance Mem. in Supp. of Mot. to Dismiss, ECF No. 88-3 at 6. Next, the Maryland district court dismissed DOJ's single-count complaint under the Civil Rights Act of 1960 (CRA) on the basis that a statewide voter registration list does not "come into [the state's] possession" as that phrase is used in the CRA, because the list is not a record that election officials received from an external source. *DeMarinis*, 2026 WL 1780586, at *4 (quoting *United States v. Benson*, 819 F. Supp. 3d 753, 768–69 (W.D. Mich. 2026)). The district court also noted that DOJ's proffered interpretation of Title III would also create a conflict between the CRA—which makes it a crime to alter any covered record, 52 U.S.C. §

20702—and the National Voter Registration Act and Help America Vote Act, which require voter lists to be continuously updated and changed. *Id.* at \*5.

Nine courts have now dismissed DOJ's complaints in these matters; not one has found it to have stated a valid claim.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Branden D. Lewiston*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
blewiston@elias.law
tshaw@elias.law

Timothy J. Ford (Pa. Id. No. 325290)
**DILWORTH PAXSON LLP**
1650 Market St
Suite 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

*Admitted Pro Hac Vice

*Attorneys for Intervenors the Pennsylvania Alliance for Retired Americans and Mike Crossey*

2