## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-01481-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| AL SCHMIDT, *in his official capacity as* *Secretary of the State of Pennsylvania*, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil

Procedure.  This case is marked CLOSED.

IT IS SO ORDERED.


June 27, 2026                                   s/Cathy Bissoon
                                               Cathy Bissoon
                                               Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record