IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br><br>        v.<br><br><br>AL SCHMIDT, in his official capacity as Secretary of State for the Commonwealth of Pennsylvania, et al.<br><br>        Defendant(s). | Case Number: 2:25-cv-01481-CB |

**NOTICE OF APPEAL**

Plaintiff, United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Third Circuit from this Court's Order Granting Defendant's Motion to Dismiss (ECF No. 146) and Final Judgment (ECF No. 147) entered in this action on June 27, 2026.

[Signatures Next Page]

Respectfully Submitted,                          July 6th, 2026


HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

WILLIAM MORHMAN
Senior Counsel

ANDREW BRANIFF
Acting Chief, Appellate Section

ERIC V. NEFF
Acting Chief, Voting Section

/s/ *Jonathon P. Hauenschild*
JONATHON P. HAUENSCHILD
Trial Attorney
Civil Rights Division
Voting Section
U.S. Department of Justice
4 Constitution Square
150 M St. NE, 8th Floor
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
202-215-2110

*Attorneys for the United States of America*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 6, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsels of record.

*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild
Trial Attorney
Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov